# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00332-CV

**In re Ms. Leah Hayes**

**Jennifer Anne Cannon-Hunter, Appellant**

**v.**

**Bradford L. Hunter, Appellee**

**FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-FM-19-007683, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING**

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to this appeal. The subject of this proceeding is Ms. Leah Hayes, the court reporter.

On November 18, 2021, we ordered Ms. Hayes to file the reporter's record no later than December 15, 2021. To date, the record has not been filed.

Therefore, it is hereby ordered that Ms. Leah Hays shall appear in person before this Court on Thursday, January 6, 2022, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our November 18, 2021 order. This order to show cause will be

withdrawn and Ms. Hayes will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives the reporter's record on or before January 4, 2022.

It is ordered on December 21, 2021.

Before Justices Goodwin, Baker, and Triana